IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.:

FERNANDO CATANIA,

    Plaintiff,

vs.

NINJA LOUNGE, LLC,
a Florida Limited Liability Company,
DEZERLAND PARK, LLC, a
Florida Limited Liability company,
MALKA LIVINGSTON, individually and
MICHAEL DEZER, individually,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, DEZERLAND PARK, LLC, ("Defendant"), files this Notice of Removal of this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida to this Court – the United States District Court for the Southern District of Florida. In Support of the Notice of Removal, Defendant states:

1. On or about April 30, 2019, Plaintiff, FERNANDO CATANIA ("Plaintiff") filed a Complaint in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County Florida, Case No. 2019-012987-CA-01; Judicial Section 6[1]. The Complaint was served on Defendant DEZERLAND PARK, LLC on May 10, 2019. *See* the Summonses included in the file attached hereto as Exhibit "1."

---

[1] Copies of all documents retrieved from the Court file are attached hereto as Exhibit "1."

2. The Complaint alleges four counts arising under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"):

    a. One count under the FLSA, alleging unpaid minimum wage and overtime against Defendants DEZERLAND PARK, LLC and NINJA LOUNGE LLC (Count I);

    b. One count under the FLSA, alleging unpaid minimum wage and overtime against Defendant MALKA LINGSTON (Count II);

    c. One count under the FLSA, alleging unpaid minimum wage and overtime against Defendant MICHAEL DEZER (Count III);

    d. One count of retaliatory discharge under the FLSA against Defendants DEZERLAND PARK, LLC and NINJA LOUNGE LLC (Count IV).

3. The Complaint is removable to the United States District Court for the Southern District of Florida because Counts I - IV of the Complaint present a federal question. Specifically, 28 U.S.C. § 1331 provides that district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. Plaintiff's FLSA claims convey original jurisdiction over this action to this Court.

4. Accordingly, Defendants are entitled to remove this action to the District Court in accordance with 28 U.S.C. § 1441(a).

5. The filing of this Notice for Removal is timely because less than thirty days have elapsed since the date of service on Defendants. See 28 U.S.C. § 1446(b).

6. Written notice of the filing of this Notice of Removal has been given to Plaintiff, through counsel, and a copy of the Notice of Removal was filed with the Clerk of the Circuit

Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in compliance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the entire state court action under Case No. 2019-012987-CA-01, Judicial Section 6, now pending in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, be removed to the United States District Court for the Southern District of Florida for all further proceedings.

Respectfully submitted this 30th day of May, 2019.

                Respectfully submitted,

                s/Edward Diaz_____
                Edward Diaz (FBN 988091)
                e-mail: edward.diaz@hklaw.com
                HOLLAND & KNIGHT LLP
                701 Brickell Avenue, Suite 3000
                Miami, Florida 33131
                Phone (305) 789-7709/Fax (305) 789-7799
                ***Counsel for Defendant***

## CERTIFICATE OF SERVICE

*I Hereby Certify* that on May 30, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via email on counsel of record:

Jason S. Remer, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street
Suite 2200
Miami, FL 33130

*Plaintiff's Counsel*

                s/Edward Diaz_____