UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2019-22208-CIV- KMW

FERNANDO CATANIA,

   Plaintiff,

v.

DEZERLAND PARK, LLC *et al.*

   Defendant.
_____/

**JOINT RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

PLEASE TAKE NOTICE, Plaintiff, FERNANDO CATANIA (hereinafter "Plaintiff"), and Defendant, DEZERLAND PARK, LLC (hereinafter "Defendant") file this Response to the Court's Order to Show Cause and in support thereof states the following:

1. The Parties received the Show Cause Order on June 26, 2019 [D.E. 13]. The Parties promptly sought to remedy the issue. The Plaintiff filed the Statement of Claim on the same day or June 26, 2019 [D.E. 15] and continued conferring with opposing counsel in order to file the Joint Scheduling Report. The Joint Scheduling Report was filed the following day on June 27, 2019 [D.E. 16].

2. This was an inadvertent error on Plaintiffs' behalf, which did not calendar the events properly. Plaintiff began conferring for the Joint Scheduling Report on June 20, 2019.

3. The parties were not prejudiced because the case at the time of the inadvertent error was not set for trial, however it is currently set for trial in August 2020.

4. During the weeks of June 3, 2019 and June 10, 2019, Defendant's counsel was primarily dealing with a family medical issue that resulted in his being out of the office most of those days. Further, during this time period, Defendant's counsel attempted to contact Plaintiff's counsel via e-mails and phone message, but was not successful in connecting with opposing counsel.[1] The parties began conferring on June 20, 2019. As a result of Defendant's counsel's absence from the office and attention to dealing with a family medical issue, Defendant did not submit a unilateral joint scheduling report or proposed order.

5. On June 10, 2019, pursuant to the Court's May 30, 2019 Order of Referral and Notice of Court Practice in Removal Cases [D.E. 5], Defendant, within the time required, filed its Removal Status Report, including the requisite notice and copies of all records and proceedings in the underlying state court case.

6. The parties appreciate the necessity to comply with all Court orders, have always endeavored to do so, and do not offer the above reasons merely as "excuses", but, rather as good faith reasons for not submitting a unilateral scheduling report or proposed order. The parties respectfully apologize to the Court for this omission.

7. Immediately upon receiving this Court's Order to Show Cause, the parties conferred and submitted a Joint Scheduling Report and proposed Order and Plaintiff filed a statement of Claim.

---

[1] It is Plaintiff's position that the email communication did not mention a Joint Scheduling Report. Defendant on May 28, 2019 requested an extension for Defendant's response because of the removal and Plaintiff was agreeable to the extension and granted it. The additional communication, requested to discuss the matter. Plaintiff conferred on June 20, 2019 about the Joint Scheduling Report and Defendant responded. Nevertheless, Plaintiff's position is that neither side be sanctioned for the inadvertent error.

8. The undersigned have not been reprimanded in the past.

9. The undersigned requests this Honorable Court, to pardon the inadvertent error.

10. "Courts apply the excusable neglect standard whether a party missed a deadline set by the Federal Rules of Civil Procedure or a deadline imposed by a court order." *Boraks v. Daniels*, 2011 WL 4566218 (S.D.Fla 2011). *See also, Cavaliere v. Allstate Ins.* Co., 996 F.2d 1111 (11th Cir. 1993); *Springman v. City of Venice, 439 Fed.Appx*. 861 (11th Cir. 2011).

WHEREFORE, the parties and the undersigned respectfully and fully heartedly request that sanctions are not imposed on either side.

Dated: June 28, 2019

Respectfully submitted,

| REMER & GEORGES-PIERRE, PLLC | HOLLAND & KNIGHT LLP |
|---|---|
| 44 West Flagler Street, Suite 2200 | 700 Brickell Avenue, Suite 3300 |
| Miami, FL 33130 | Miami, FL 33131 |
| Telephone: 305.416.5000 | Telephone: (305) 374-8500 |
| Facsimile: 305.416.5005 | Facsimile: (305) 789-7799 |
| | |
| | __/s__Edward Diaz_____ |
| /s *Miriam Brooks*____ | Edward Diaz |
| Jason Remer | Florida Bar No.: 988091 |
| Florida Bar No. 165580 | Email: edward.diaz@hklaw.com |
| jremer@rgpattorneys.com | |
| Miriam Brooks | *Counsel for Defendant Dezerland Park, LLC* |
| Florida Bar No. 118144 | |
| mbrooks@rgpattorneys.com | |

*Counsel for Plaintiff,*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Miriam Brooks**
Jason S. Remer, Esq.
Fla. Bar No.: 0165580
Miriam Brooks, Esq.
Fla. Bar No. 0118144

**SERVICE LIST**
Edward Diaz
Florida Bar No.: 988091
Email: edward.diaz@hklaw.com
HOLLAND & KNIGHT LLP
700 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Edward Diaz
Florida Bar No.: 988091
Email: edward.diaz@hklaw.com

Attorney for Defendant Dezerland Park, LLC