UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-22208-CIV-WILLIAMS

FERNANDO CATANIA,

    Plaintiff,

vs.

DEZERLAND PARK LLC

    Defendants.

_____/

**NOTICE OF FILING**
**PROPOSED ORDER SCHEDULING MEDIATION**

Plaintiff, **FERNANDO CATANIA**, by and through his undersigned counsel, hereby respectfully files the attached proposed Order scheduling mediation in this matter.

Dated this 26th of July 2019

                                                              Respectfully submitted,

                                                              */s/ Jason S. Remer*
                                                              Jason S. Remer
                                                              Fla. Bar No. 165580

                                                             **Remer & Georges-Pierre, PLLC**
                                                             44 West Flagler Street, Suite 2200
                                                             Miami, FL 33130
                                                             (305) 416-5000- Telephone
                                                             (305) 416-5005- Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 7/26/19 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Jason Remer*
Jason S. Remer
Fla. Bar No. 165580

**SERVICE LIST**
Edward Diaz, Esq.
Holland & Knight
701 Brickell Avenue, #2600
Miami, FL 33131
305-374-8500
Edward.diaz@hklaw.com
*Counsel for Defendants*