UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-22208-CIV-WILLIAMS

FERNANDO CATANIA,

    Plaintiff,

vs.

DEZERLAND PARK LLC

    Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Scott Silverman, on Tuesday, January 14, 2020 at 11:00am at 600 Brickell Avenue, Suite 2600, Miami, FL 33131. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

**DONE AND ORDERED** in Chamber at Miami, Florida this this _____ day of _____ 201_.

                                                  Kathleen M. Williams
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record