UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FERNANDO CATANIA,                                    CASE NO. 1:19-CV-22208

        Plaintiff,

v.

DEZERLAND PARK, LLC,

        Defendant.

_____/

## NOTICE AND STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED and agreed between the undersigned that KAUFMAN, DOLOWICH & VOLUCK, LLP, shall be substituted as counsel of record for Defendant DEZERLAND PARK, LLC, ("DEZERLAND"), and HOLLAND & KNIGHT LLP, and EDWARD DIAZ, ESQ., hereby withdraw as counsel of record for DEZERLAND, terminating any further responsibilities in regard to the representation of DEZERLAND in this matter.

PLEASE TAKE FURTHER NOTICE, that incoming attorneys, Kaufman, Dolowich & Voluck, LLP, maintain offices at:

Kaufman, Dolowich & Voluck, LLP
100 SE 3rdAvenue, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 302-2455
Facsimile: (888) 464-7982

PLEASE TAKE FURTHER NOTICE, that the foregoing substitution is upon consent of the client. The foregoing substitution is effective immediately

HOLLAND & KNIGHT LLP                    KAUFMAN DOLOWICH & VOLUCK, LLP
701 Brickell Avenue, 33rd Floor         100 SE 3rd Avenue, Suite 1500
Miami, Florida 33131                    Fort Lauderdale, Florida 33301
Tel. (305) 789-7709                     Tel. (954) 712-7442
Fax (305) 789-7799                      Fax (888) 464-7982

By:  __s/Edward Diaz_____
       Edward Diaz, Esq.                By:_s/Maritza Gomez_____
       Florida Bar No. 988091              Maritza Gomez, Esq.
       Email: edward.diaz@hklaw.com        Florida Bar No. 21663
                                           Email: mgomez@kdvlaw.com
                                           Bruce S. Liebman, Esq.
                                           Florida Bar No. 64084
                                           Email: bliebman@kdvlaw.com


Respectfully submitted this 30th day of August, 2019.

                                        KAUFMAN DOLOWICH & VOLUCK, LLP
                                        100 SE 3rd Avenue, Suite 1500
                                        Fort Lauderdale, Florida 33301
                                        Tel. (954) 712-7442
                                        Fax (888) 464-7982


                                        By:_s/Maritza Gomez_____
                                           Maritza Gomez, Esq.
                                           Florida Bar No. 21663
                                           Email: mgomez@kdvlaw.com
                                           Bruce S. Liebman, Esq.
                                           Florida Bar No. 64084
                                           Email: bliebman@kdvlaw.com

                                        *Attorney for Defendant Dezerland Park, LLC*

## CERTIFICATE OF SERVICE

*I Hereby Certify* that on **August 30, 2019**, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to

counsel of record listed below:

Jason S. Remer, Esq.
jremer@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130

*Attorney for Plaintiff Fernando Catania*

Robert A. Stok, Esq.
service@stoklaw.com
rstok@stoklaw.com
apasternak@stoklaw.com
Joshua R. Kon, Esq.
service@stoklaw.com
jkon@stoklaw.com
apasternak@stoklaw.com
Gabriel Mandler, Esq.
service@stoklaw.com
gmandler@stoklaw.com
apasternak@stoklaw.com
Stok Kon + Braverman
1 E. Broward Boulevard
Suite 915
Fort Lauderdale, FL 33301

*Attorneys for Defendants, Ninja Lounge, LLC and Malka Livingston*

        s/Maritza Gomez
        Maritza Gomez