UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CV-22208

FERNANDO CATANIA,

      Plaintiff,

v.

DEZERLAND PARK, LLC, et al

      Defendant.

_____/

## CO-DEFENDANT DEZERLAND PARK, LLC'S
## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorneys for Co-Defendant DEZERLAND

PARK, LLC, will take the deposition of FERNANDO CATANIA. The deposition will take place

on the date, time and location set forth below.

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| FERNANDO CATANIA | Thursday, November 21, 2019 at 10:00 AM | 21500 Biscayne Boulevard Suite 501 Aventura, FL 33180 |

Said deposition will be taken before an officer authorized by law to take depositions in the

State of Florida. This deposition is being taken for purposes of discovery, for use at trial, or for

such other purposes as are permitted under the applicable Federal Rules of Civil Procedure.

*(CERTIFICATE ON FOLLOWING PAGE)*

1

## <u>CERTIFICATE OF SERVICE</u>

I Hereby Certify that on the 17th of October 2019, I served a copy of the foregoing

document to all attorneys of record below via email:

**Jason S. Remer, Esq.**
jremer@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
*Attorney for Plaintiff Fernando Catania*

**Robert A. Stok, Esq.**
service@stoklaw.com
rstok@stoklaw.com
apasternak@stoklaw.com
Joshua R. Kon, Esq.
service@stoklaw.com
jkon@stoklaw.com
apasternak@stoklaw.com
Gabriel Mandler, Esq.
service@stoklaw.com
gmandler@stoklaw.com
apasternak@stoklaw.com
Stok Kon + Braverman
1 E. Broward Boulevard
Suite 915
Fort Lauderdale, FL 33301
*Attorneys for Defendants, Ninja Lounge, LLC*
*and Malka Livingston*

KAUFMAN DOLOWICH & VOLUCK, LLP
100 SE 3rd Avenue, Suite 1500
Fort Lauderdale, Florida 33301
Tel. (954) 712-7442
Fax (888) 464-7982

By: _ *s/Maritza I. Gomez* _____
   Maritza I. Gomez, Esq.
   Florida Bar No. 21663
   Email: mgomez@kdvlaw.com
   Bruce S. Liebman, Esq.
   Florida Bar No. 64084
   Email: bliebman@kdvlaw.com
   *Attorney for Co-Defendant Dezerland Park, LLC*

2